UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DALAWRENCE RAINES, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:14-CV-151 |
| | § | |
| CRAIG SANDLING, *et al*, | § | |
| | § | |
| Defendants. | § | |

## OPINION AND ORDER OF TRANSFER

This is a civil rights action filed by a Texas state prisoner. Plaintiff Dalawrence Raines is currently assigned to TDCJ's McConnell Unit in Beeville, Texas. (D.E. 1). In his complaint, Plaintiff alleges the Defendants contributed to him being falsely convicted of a crime in the 167th Judicial District Court in Austin, Texas. (D.E. 1).

A civil action wherein jurisdiction is not founded solely on diversity of citizenship may be brought in (1) a judicial district where any defendant resides, if all defendants reside in the same state, or (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred. 28 U.S.C. § 1391(b). In addition, for the convenience of parties and witnesses, and in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought. 28 U.S.C. § 1404(a).

In this case, all of the events about which Plaintiff complains occurred in Travis County and the Defendants are located there. (D.E. 1). None of the events occurred in the Corpus Christi Division of the Southern District of Texas, and none of the Defendants

resides or is found here. Travis County lies within the Austin Division of the Western District of Texas. 28 U.S.C. § 124(d)(1). The interests of justice would be served by a transfer to the Austin Division of the Western District of Texas.

Accordingly, it is ordered that this case be transferred to the United States District Court for the Western District of Texas, Austin Division.

ORDERED this 28th day of May, 2014.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE